**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1905**

───────────

JAMES H. THOMPSON; LOIS G. THOMPSON; ALEXANDER
MURCHISON, JR.; SHAY TOOLES,

                                        Plaintiffs - Appellants,

         versus

GREENSPRING TOURS, INCORPORATED,

                                        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge. (CA-
99-2879-S)

───────────

Submitted:  December 14, 2000      Decided:  December 19, 2000

───────────

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Francis A. Pommett, III, Esquire, Baltimore, Maryland, for Appel-
lants.  Thomas S. Hood, Towson, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James H. Thompson, Lois G. Thompson, Alexander Murchison, Jr., and Shay Tooles appeal the district court's order granting summary judgment to the Defendant in their 42 U.S.C.A. § 1981 action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Thompson v. Greenspring Tours Inc., No. CA-99-2879-S (D. Md. June 12, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED